# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLEVERNE LOVETT,**

        **Plaintiff,**

-vs-                                 **Case No. 6:09-cv-1685-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause comes before the Court on the Motion for Entry of Judgment with Remand (Doc. No. 29) filed September 30, 2010, by the Commissioner of Social Security.

On October 4, 2010, the United States Magistrate Judge issued a report (Doc. No. 30) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Judgment with Remand is **GRANTED**, the decision of the Commissioner is **REVERSED**, and the case is remanded back to the Social Security Administration pursuant to Sentence four, 42 U.S.C. § 405(g) for proceedings as outlined in the motion.

   3. The clerk is directed to enter a judgment consistent with this order and thereafter close the case.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on this 25th day of October, 2010.

_____<br>
GREGORY A. PRESNELL<br>
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party